IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LAKE CHEROKEE HARD DRIVE TECHNOLOGIES, L.L.C., a Texas limited liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BASS COMPUTERS, INC., a Texas corporation; HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., a Delaware corporation; LSI CORPORATION, a Delaware corporation; MARVELL SEMICONDUCTOR, INC., a California corporation; SAMSUNG SEMICONDUCTOR, INC., a California corporation; TECH DATA CORPORATION, a Florida corporation, STMICROELECTRONICS, INC., a Delaware corporation, and STMICROELECTRONICS N.V., a Netherlands corporation,<br><br>　　　　　　Defendants. | CASE NO. 2:10-cv-216 (TJW-CE)<br><br>**Jury Trial Demanded** |

## NOTICE OF APPEARANCE

　　　　Notice is hereby given that attorney Julien Adams enters his appearance in this matter as counsel for Plaintiff Lake Cherokee Hard Drive Technologies, L.L.C. for the purpose of receiving electronic notices from the Court.

Dated:  July 22, 2010.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Julien Adams*
　　　　　　　　　　　　　　　　　　　　Julien Adams (admitted to practice in the
　　　　　　　　　　　　　　　　　　　　Eastern District of Texas)
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 156135
　　　　　　　　　　　　　　　　　　　　E-mail: julien@dovellaw.com
　　　　　　　　　　　　　　　　　　　　Christin Cho (admitted to practice in the

1

>Eastern District of Texas)
>CA State Bar No. 238173
>E-mail: christin@dovellaw.com
>Gregory S. Dovel (admitted to practice in the
>Eastern District of Texas)
>CA State Bar No. 135387
>E-mail: greg@dovellaw.com
>Dovel & Luner, LLP
>201 Santa Monica Blvd., Suite 600
>Santa Monica, CA 90401
>Telephone:  310-656-7066
>Facsimile:  310-657-7069
>
>Robert Christopher Bunt
>State Bar No. 00787165
>Email: rcbunt@pbatyler.com
>Charles Ainsworth
>State Bar No. 00783521
>Email: charley@pbatyler.com
>Robert M. Parker
>State Bar No. 15498000
>Email: rmparker@pbatyler.com
>Parker, Bunt & Ainsworth, P.C.
>100 East Ferguson, Ste. 1114
>Tyler, TX 75702
>Telephone: (903) 531-3535
>Facsimile: (903) 533-9687
>
>ATTORNEYS FOR PLAINTIFF
>LAKE CHEROKEE HARD DRIVE
>TECHNOLOGIES, L.L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 22nd day of July 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

>*/s/ Julien Adams*
>JULIEN ADAMS