IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LAKE CHEROKEE HARD DRIVE TECHNOLOGIES, L.L.C., a Texas limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BASS COMPUTERS, INC., a Texas corporation; HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., a Delaware corporation; LSI CORPORATION, a Delaware corporation; MARVELL SEMICONDUCTOR, INC., a California corporation; SAMSUNG SEMICONDUCTOR, INC., a California corporation; TECH DATA CORPORATION, a Florida corporation, STMICROELECTRONICS, INC., a Delaware corporation, and STMICROELECTRONICS N.V., a Netherlands corporation,<br><br>　　　　　Defendants. | CASE NO. 2:10-cv-216<br><br>**Jury Trial Demanded** |

**Plaintiff Lake Cherokee's Notice of P.R. 3-1, and P.R. 3-2 Disclosures**

Plaintiff Lake Cherokee Hard Drive Technologies, L.L.C. ("Lake Cherokee") hereby notifies the Court and all parties of record that on June 6, 2011, Lake Cherokee served Patent Rule 3-1 disclosures as to Bass Computers, Inc. and Tech Data Corporation, and 3-2 disclosures on counsel for Defendants, pursuant to the Local Rules for the United States District Court for the Eastern District of Texas.

Dated:  June 7, 2011

Respectfully submitted,

By: */s/ Christin Cho*
Christin Cho (admitted to practice in the Eastern District of Texas)
CA State Bar No. 238173
E-mail: christin@dovellaw.com
Gregory S. Dovel (admitted to practice in the Eastern District of Texas)
CA State Bar No. 135387
E-mail: greg@dovellaw.com
Julien Adams (admitted to practice in the Eastern District of Texas)
CA State Bar No. 156135
Email: julien@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

ATTORNEYS FOR PLAINTIFF LAKE CHEROKEE HARD DRIVE TECHNOLOGIES

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 7th day of June 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Christin Cho*
Christin Cho