IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LAKE CHEROKEE HARD DRIVE TECHNOLOGIES, L.L.C., | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:10-cv-216-JRG |
| v. | § § § | |
| MARVELL SEMICONDUCTOR, INC., | § § § | |
| Defendant. | § § | |

## VERDICT FORM

**Question 1A:**

Do you find that Lake Cherokee has proven, by a preponderance of the evidence, that MSI has directly infringed claim 1 of United States Patent No. 5,978,162 (the "'162 patent")?

("Yes" is a finding for Lake Cherokee. "No" is a finding for MSI.)

\_\_\_\_ Yes          ✓ No

**Question 1B:**

Do you find that Lake Cherokee has proven, by a preponderance of the evidence, that MSI has directly infringed claim 6 of United States Patent No. 5,844,738 (the "'738 patent")?

("Yes" is a finding for Lake Cherokee. "No" is a finding for MSI.)

\_\_\_\_ Yes          ✓ No

1

*If after answering Question No. 1 you have found that MSI has infringed either claim 1 of the '162 patent OR claim 6 of the '738 patent OR both claims, then answer Question No. 2. Otherwise, do not answer Question No. 2 and have the Jury Foreperson sign and date the verdict form on the last page.*

**Question 2:**

What sum of money, if any, if now paid in cash, would fairly and adequately compensate Lake Cherokee as damages for MSI's infringement?  Only award damages for those patents you find have been infringed.

Answer in dollars and cents, if any:

$ _____

*Have the Jury Foreperson sign and date the verdict form on the last page.*

## JURY VERIFICATION

The Foreperson is requested to sign and date this document in the space provided as the unanimous verdict of the jury.

8-16-13
DATE

_[signature]_
FOREPERSON'S SIGNATURE

Once you have signed and dated this form, please notify the Court Security Officer.